# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with various accounts owned by John Miceli that is stored at premises controlled by Facebook, Inc.

Case No. 3:17mj1824 (JGM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 and 843 | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances; Possession of a Tableting Machine or any Equipment used to Manufacture a Controlled Substance; Money Laundering, Conspiracy |
| 18 USC 1956 and 371 | |

The application is based on these facts:

See the affidavit of Postal Inspector Jeremy Tendler, attached hereto.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Jeremy Tendler, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/21/17 12:18 p

City and state: New Haven, Connecticut

/s/ Judge Joan G. Margolis
*Judge's signature*
JOAN G. MARGOLIS, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

**Property to Be Searched Property to Be Searched:**

This warrant applies to information associated with the Facebook user ID's or account names: john.miceli@aol.com (Facebook), stinkytoes53@aol.com (Facebook), JMiceli@aol.com (Facebook),miceli john (Facebook Messenger), johnmiceli75 (Facebook Messenger), 100009692220439 (Facebook Messenger), that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

## ATTACHMENT B

**Particular Things to be Seized**

I. **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

1. All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

2. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

3. All IP logs, including all records of the IP addresses that logged into the account;

4. The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

5. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Sections 846 (conspiracy to possess with intent to distribute and to distribute controlled substances) and 843(a)(6) (Possession of a Tableting Machine or any Equipment used to Manufacture a Controlled Substance) and Title 18, United States Code, Sections 1956 (money laundering) and 371 (conspiracy) involving John Miceli since September 1, 2016, including, for each user ID identified on Attachment A, information pertaining to the following matters:

Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.